**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ADRIHANA WALTERS, | **Case No.:  1:26-cv-00319** |
| Plaintiff, | **Honorable Charles Esque Fleming** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Adrihana Walters and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: June 11, 2026

///

1